

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00069-CV

CARTER WIND ENERGY AND                                      APPELLANTS
TEXAS CENTRAL RESOURCES
LLC

V.

ERWIN LEE HARVEY, SR. AND                                      APPELLEES
JAY WARNE CARTER, JR.

----------

## FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY
### TRIAL COURT NO. 181,517-B

----------

## MEMORANDUM OPINION[1]

----------

On February 23, 2018, Appellants Carter Wind Energy and Texas Central

Resources LLC filed a notice of their intent to appeal the trial court's order

approving the receiver's report of sale.

---

[1]*See* Tex. R. App. P. 47.4.

On April 4, 2018, Appellee Erwin Lee Harvey, Sr. filed a motion to dismiss the appeal as moot, for lack of standing, and for lack of capacity. More than ten days have passed and Appellants have not responded to the motion. *See* Tex. R. App. P. 42.3(a).

In the motion, Harvey's counsel certified that his attempts to contact Appellants' counsel to determine if they were opposed to the dismissal were unsuccessful. Additionally, the clerk of this court has contacted the law office for Appellants' counsel to inquire the same but has received no response. Accordingly, the appeal is dismissed. *Id.*

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and GABRIEL, JJ.

DELIVERED: May 24, 2018